UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-00360-2 |
| | § | |
| REBECCA RODRIGUEZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant is currently on probation for a misdemeanor offense and, therefore, has shown an inability or unwillingness to comply with court ordered supervision. Further, the defendant does not have a sound release plan in that she does not currently have a suitable third party custodian. Finally, the defendant needs to present an appropriate residence where she can reside while on bond. The findings and conclusions contained in the Pretrial Services Report are adopted. However, Ms. Rodriguez may file a motion to reopen the detention hearing if she can resolve any probation warrant and present a suitable release plan.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 29th day of March, 2016.

_____
Jason B. Libby
United States Magistrate Judge